United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tyric Armstead  
    Debtor

Case No. 17-15844-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Sep 21, 2017  
                       Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.
```
db             +Tyric Armstead,    108 Mallard Drive West,    North Wales, PA 19454-1169
13975426       +Rushmore Loan Management Services, LLC,    15480 Laguna Canyon Road, Ste. 100,
                 Irvine, CA 92618-2132
13983167       +Wilmington Savings Fund Society, FSB, d/b/a Christ,   c/o MATTEO SAMUEL WEINER,
                 KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Sep 22 2017 01:40:32     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2017 01:40:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 22 2017 01:40:28     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                               TOTAL: 3
```

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2017 at the address(es) listed below:
```
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    TYRIC D. ARMSTEAD,    :    Chapter 13
:
Debtor    :    Bky. No. 17-15844 ELF

# O R D E R

**AND NOW**, the Debtor having filed the above bankruptcy case in this court on **August 30, 2017**;

**AND**, this case being subject to dismissal due to the Debtor's failure to file required documents within the time prescribed by the rules of court;

**AND**, the Debtor having recently filed a prior bankruptcy case in this court on **April 26, 2017**, docketed at **Bky. No. 17-12920** ("the Prior Case");

**AND**, the Prior Case also having been dismissed by the court on **May 10, 2017** due to the Debtor's failure to file required documents within the time prescribed by the rules of court (without all of the required documents having been filed);

**AND**, as a result of the foregoing history of two (2) cases, both filed close in time and both dismissed for failure to file documents, it appearing that the Debtor may have filed this more recent bankruptcy case in bad faith;

It is therefore **ORDERED** that:

1. The above bankruptcy case is **DISMISSED.**

2. The court retains jurisdiction in this case and a hearing is scheduled on **October 3, 2017, at 1:00 p.m., in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107,** at which time the court will consider whether

-1-

an Order should be entered **RESTRICTING the Debtor's right to file future bankruptcy cases**.

3. Pending the conclusion of the above hearing, the Debtor is **PROHIBITED** from filing any future bankruptcy case without prior court permission.

4. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

**Date:  September 20, 2017**

                                            **ERIC L. FRANK**
                                            **CHIEF U.S. BANKRUPTCY JUDGE**

cc:   Tyric D. Armstead
       108 Mallard Drive West
       North Wales, PA 19454