**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    TYRIC D. ARMSTEAD,    :    Chapter 13
:
Debtor    :    Bky. No. 17-15844 ELF

# O R D E R

    **AND NOW,** by Order dated **September 20, 2017**, the court having dismissed the above bankruptcy case;

    **AND**, the court having scheduled a hearing on **October 3, 2017** to consider whether an order should be entered prohibiting the Debtor from refiling any future bankruptcy cases without prior court permission;

    **AND**; the Debtor having failed to appear at the hearing;

    It is hereby **ORDERED** that:

1. The Debtor is **PROHIBITED** from filing another bankruptcy case without first filing a **MOTION** docketed in this bankruptcy case **REQUESTING LEAVE OF COURT** to file the new case.

2. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

3. The prohibition set forth in Paragraph 1 shall **EXPIRE** on **October 3, 2018**.

**Date: October 3, 2017**

    **ERIC L. FRANK**
    **CHIEF U.S. BANKRUPTCY JUDGE**

cc:    Tyric D. Armstead
        108 Mallard Drive West
        North Wales, PA 19454