United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-15844-elf
Tyric Armstead                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1              Date Rcvd: Oct 04, 2017
                              Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2017.
db             +Tyric Armstead,    108 Mallard Drive West,    North Wales, PA 19454-1169
13975426       +Rushmore Loan Management Services, LLC,    15480 Laguna Canyon Road, Ste. 100,
                 Irvine, CA 92618-2132
13983167       +Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o MATTEO SAMUEL WEINER,
                 KML Law Group, P.C.,    701 Market Street,   Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 05 2017 01:27:47     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2017 01:27:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 05 2017 01:27:41     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2017 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        TYRIC D. ARMSTEAD,         :    Chapter 13
                                         :
              Debtor                     :    Bky. No. 17-15844 ELF

# O R D E R

**AND NOW,** by Order dated **September 20, 2017**, the court having dismissed the above bankruptcy case;

**AND**, the court having scheduled a hearing on **October 3, 2017** to consider whether an order should be entered prohibiting the Debtor from refiling any future bankruptcy cases without prior court permission;

**AND**; the Debtor having failed to appear at the hearing;

It is hereby **ORDERED** that:

1. The Debtor is **PROHIBITED** from filing another bankruptcy case without first filing a **MOTION** docketed in this bankruptcy case **REQUESTING LEAVE OF COURT** to file the new case.

2. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

3. The prohibition set forth in Paragraph 1 shall **EXPIRE** on **October 3, 2018**.

**Date: October 3, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

cc:   Tyric D. Armstead
      108 Mallard Drive West
      North Wales, PA 19454